IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01718-RPM-MEH

JANET WOLFE,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC, a Georgia limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

    The Stipulated Motion for Entry of Protective Order [filed November 13, 2008; docket #7] is **granted**. The parties' stipulated Protective Order is filed contemporaneously with this minute order.