IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01718-RPM-MEH

JANET WOLFE,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC, a Georgia limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 5, 2009.**

    The Stipulated Motion to Add Attorney Fees to Judgment [filed December 31, 2008; docket #23] is **granted**. Plaintiff's reasonable attorney's fees in the amount of $2,900.00 and the costs taxed by the Clerk of the Court against the Defendant in the amount of $471.00 shall be added to the Amended Judgment of $2,000.00 [docket #19], so that Judgment in favor of the Plaintiff and against the Defendant is entered in the total amount of $5,371.00. Post-judgment interest shall accrue at the legal rate of .50% from the date of entry of the Amended Judgment.